## LINCOLN BANK & TRUST CO. v. EGGLETON et al.

Court of Appeals of Kentucky.
Oct. 17, 1952.

Davis Boehl Viser & Marcus, Louisville, for movant.

Fred Karem, Louisville, opposed.

PER CURIAM.

The judgment is affirmed because the endorser of the note was not notified of nonpayment, as required by KRS 356.089.